IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY A. KINCHEN,              :

    Plaintiff,               :

vs.                           :         CA 04-0268-BH-C

JO ANNE B. BARNHART,    :
Commissioner of Social Security,
                                                :
    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 23, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of April, 2005.

                                                                           s/ W. B. Hand
                                                                   SENIOR DISTRICT JUDGE